# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald Eugene Caraway

Plaintiff

v.

D.L. Hobbs

Defendants

Case No. Civil 00-1398 ADM/JMM

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judge Mason's June 26, 2000 R&R is adopted in its entirety. Petitioner's first claim is dismissed without prejudice. Petitioner's second claim is dismissed with prejudice. Petitioner's application for habeas corpus is dismissed.

DATE: September 12, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk